

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:          Ex parte Jamikal Rush

Appellate case number:      01-20-00837-CR

Trial court case number:    1675957

Trial court:                        185th District Court of Harris County

On December 11, 2020, appellant, through counsel, filed a notice of appeal from the trial court's order, signed on November 12, 2020, denying his pretrial writ of habeas application. On December 22, 2020, the clerk's record was filed in this Court. On December 28, 2020, the court reporter filed a record of the writ hearing. After a review of the records, the Court determines that it desires briefing. *See* TEX. R. APP. P. 31.1.

Accordingly, applicant's brief is **ORDERED** to be filed no later than **twenty days** from the date of this order. *See* TEX. R. APP. P. 2, 31.1. The State's brief, if any, is **ORDERED** to be filed no later than **twenty days** from the filing of the applicant's brief.

It is so **ORDERED**.

Judge's signature: _____/s/ Amparo Guerra_____
             ☑ Acting individually    ☐ Acting for the Court
Date: ___January 21, 2021_____